UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HORNBECK OFFSHORE SERVICES, LLC | * | CIVIL ACTION NO. _____ |
| | * | |
| VERSUS | * | |
| | * | |
| HARKAND GULF CONTRACTING, LTD., ET AL. | * | SECTION " " |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VERIFIED COMPLAINT FOR DAMAGES AND FOR WRIT OF ATTACHMENT

NOW COMES the Plaintiff, Hornbeck Offshore Services, LLC ("Hornbeck"), by and through its undersigned counsel, and against Defendants, Harkand Gulf Contracting, Ltd., Harkand Global Holdings, Ltd., and Harkand Gulf, Ltd. (collectively "Harkand"), would respectfully aver unto this Honorable Court as follows:

## JURISDICTION & VENUE

1.

These claims are admiralty and maritime claims within the jurisdiction of the United States and this Honorable Court and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and jurisdiction is proper under 28 U.S.C. § 1333. Additionally, this Court has supplemental jurisdiction over any non-maritime claims under 28 U.S.C. § 1367.

2.

Alternatively, this Court has jurisdiction based upon 28 U.S.C. § 1332 as complete diversity of citizenship exists among the parties to this litigation and the amount in controversy greatly exceeds $75,000.00, exclusive of interest and costs.

3.

Venue is appropriate in this district pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

4.

At all times hereinafter mentioned, Plaintiff, Hornbeck Offshore Services, LLC, was, and now is, a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in Covington, Louisiana. The sole member of Hornbeck Offshore Services, LLC is Hornbeck Offshore Services Inc., which is a corporation incorporated under the laws of Delaware and with its principal place of business in Covington, Louisiana.

5.

At all times hereinafter mentioned, upon information and belief, Defendant, Harkand Gulf, Ltd., was, and now is, a limited company incorporated and existing under the laws of England, with its principal place of business in London, England.

6.

At all times hereinafter mentioned, upon information and belief, Defendant, Harkand Gulf Contracting, Ltd., was, and now is, a limited company incorporated and existing under the laws of England, with its principal place of business in London, England.

7.

At all times hereinafter mentioned, upon information and belief, Defendant, Harkand Global Holdings, Ltd., was, and now is, a limited company incorporated and existing under the laws of England, with its principal place of business in London, England.

2

## FACTUAL BACKGROUND

8.

On March 27, 2014, Hornbeck, as owner, and Harkand Gulf Contracting, Ltd. ("Harkand Gulf"), as charterer, entered into a BIMCO Time Charter Party for Offshore Vessels.

9.

HOS Port, LLC, an affiliate of Hornbeck, entered into a Facility Use Agreement dated April 16, 2014, by which the parties agreed that HOS Port would provide Harkand with dockage and other port services within this District.

10.

From March, 2014, to June, 2015, Hornbeck chartered the vessel as specified to Harkand pursuant to the Charter, at the rates and terms set forth in the Charter. The Charter further provides an interest at the rate of 1.5% per month.

11.

The parties thereafter entered into two amendments to the Charter, dated February 13, 2015 and April 13, 2015, providing for certain revised terms due to circumstances which arose during the course of the Charter.

12.

On June 8, 2015 Hornbeck, together with defendants Harkand Gulf Contracting, LLC, Harkand Gulf Ltd., and Harkand Global Holdings, Ltd. entered into the Letter Agreement Settling Harkand Gulf Contracting Ltd.'s Account with Hornbeck Offshore Services, LLC and HOS Port, LLC; and Termination of the BIMCO Time Charter for the M/V HOS MYSTIQUE dated March 27, 2014 (the "Termination Letter").

3

13.

The Termination Letter acknowledged that "Given the present market conditions for offshore vessels in the Gulf of Mexico, Harkand Gulf Contracting, Ltd. has requested that Hornbeck prematurely terminate the Time Charter and take redelivery of the HOS MYSTIQUE."

14.

The Termination Letter required that on or before March 15, 2016, Harkand Global Holdings Ltd. would pay to Hornbeck Offshore Services, LLC the amount of ONE MILLION UNITED STATES DOLLARS ($1,000,000.00 USD).

15.

The Termination Letter further provided for demobilization obligations in connection with termination of the Charter.

16.

Harkand has not paid Hornbeck the payment of $1,000,000 which was required to be paid on March 15, 2016 which remains due and outstanding.

**COUNT I - BREACH OF TERMINATION LETTER**

17.

Under the Termination Letter, Harkand Global Holdings Ltd., was required to pay to Hornbeck Offshore Services, LLC the amount of ONE MILLION UNITED STATES DOLLARS ($1,000,000.00 USD) on or before March 15, 2016.

18.

Harkand Global Holdings, Ltd. has failed to pay the amounts due and owing pursuant to the Termination Letter.

4

19.

Harkand Global Holdings, Ltd., agreed to pay interest in connection with the Charter in the amount of 1.5% per month.

20.

Hornbeck Offshore Services, LLC is therefore entitled to judgment in the amount of $1,027,543.21, plus interest, from the date such payments were due, together with reasonable attorney fees incurred.

## COUNT II – OPEN ACCOUNT

21.

Hornbeck re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs of this Complaint.

22.

Alternatively, Hornbeck is entitled to recovery of unpaid amounts on open account pursuant to La. R.S. § 9:2781.

23.

Therefore, in addition to the principal amounts remaining due, Harkand is also liable unto Hornbeck for reasonable attorneys' fees for bringing this action pursuant to La. R.S. § 9:2781.

24.

Hornbeck is further entitled to interest on all amounts due Hornbeck, including any invoices at the legal and/or contractual rate from the date payment was due to the date of judgment, and legal interest from the date of judgment until paid.

5

## COUNT II – WRIT OF ATTACHMENT

### 25.

Hornbeck re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs of this Complaint.

### 26.

In aid of the judgment sought by Hornbeck herein and as security for the amounts due to Hornbeck under the judgment, Hornbeck seeks in this civil action, by separate motion filed contemporaneously herewith, a writ of attachment pursuant to Rule 64 of the Federal Rules of Civil Procedure and article 3541 of the Louisiana Code of Civil Procedure.

### 27.

Harkand Gulf Contracting, LLC, Harkand Gulf Ltd., and Harkand Global Holdings, Ltd., are all nonresidents without a duly-appointed registered agent in the State of Louisiana.

### 28.

Hornbeck Offshore Services, LLC is therefore entitled to a writ of attachment directing the U.S. Marshal to seize the property of Harkand located in this District, specifically, two Triton 4,000 meter XLS Remotely Operated Underwater Vehicles, together with all components of the ROV system.

**WHEREFORE**, the premises considered, Hornbeck prays that a writ of attachment issue, directing the Marshal to attach any property within this District that belongs to one or more of the defendants, and that after further proceedings, that judgment enter in Hornbeck's favor, and against Harkand Gulf Contracting, Ltd., Harkand Gulf Ltd., and Harkand Global Holdings, Ltd., defendants herein, jointly, severally, and in solido, in the full amount of

Hornbeck's damages, together with interest thereon until paid, all attorneys' fees and costs, and such other and further relief to which Hornbeck Offshore Services, LLC may be entitled.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

_____ /s/ Stewart F. Peck_____
STEWART F. PECK (#10403)
BENJAMIN W. KADDEN (#29927)
JOSEPH P. BRIGGETT (#33029)
Suite 2775, Pan-American Life Building
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
*Attorneys for Hornbeck Offshore Services, LLC*

PLEASE SERVE:
Harkand Gulf Contracting, Ltd.,
Harkand Global Holdings, Ltd., and
Harkand Gulf, Ltd.
Through the Louisiana Secretary of State
Legal Services Sections
8585 Archives Ave.
Baton Rouge, LA 70809

7